**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| SOLARIS, INC., | ) | Civil Action No.: 2:20-cv-4444-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN SOUTHERN INSURANCE | ) | **STIPULATION OF DISMISSAL** |
| COMPANY, NATIONWIDE MUTUAL | ) | **OF DEFENDANT** |
| FIRE INSURANCE COMPANY, | ) | **UNIVERSAL INSURANCE COMPANY** |
| NATIONWIDE PROPERTY AND | ) | **(Does Not End Case)** |
| CASUALTY INSURANCE COMPANY, | ) | |
| EMPLOYERS MUTUAL CASUALTY | ) | |
| COMPANY, UNIVERSAL INSURANCE | ) | |
| COMPANY, PEERLESS INDEMNITY | ) | |
| INSURANCE COMPANY, PEERLESS | ) | |
| INSURANCE COMPANY, BUILDERS | ) | |
| MUTUAL INSURANCE COMPANY, | ) | |
| MAIN STREET AMERICA | ) | |
| PROTECTION INSURANCE | ) | |
| COMPANY, PENNSYLVANIA | ) | |
| LUMBERMENS MUTUAL INSURANCE | ) | |
| CO., OHIO CASUALTY INSURANCE | ) | |
| COMPANY, OHIO SECURITY | ) | |
| INSURANCE CO., FEDERATED | ) | |
| MUTUAL INSURANCE COMPANY, | ) | |
| PENN NATIONAL SECURITY | ) | |
| INSURANCE COMPANY, AMERISURE | ) | |
| MUTUAL INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Solaris, Inc., hereby stipulates to the voluntary DISMISSAL of their complaint, without prejudice, against the Defendant Universal Insurance Company only in the above-captioned matter with each party bearing their own costs and fees.

*{Signature page to follow}*

**WE SO STIPULATE**:

*s/Wes Sawyer*
Wes Sawyer, Esquire
Murphy Grantland, P.A.
4406B Forest Drive
Columbia, SC 29206
wsawyer@murphygrantland.com


*Attorney for Defendant Universal Insurance Company*

**WE SO STIPULATE**:

*s/ R. Michael Ethridge*
R. Michael Ethridge (7497)
Mary S. Willis (12388)
ETHRIDGE LAW GROUP, LLC
1110 Queensborough Blvd, Ste. 200
Mount Pleasant, SC 29464
843-614-0007
methridge@ethridgelawgroup.com
mwillis@ethridgelawgroup.com

*Attorneys for the Plaintiff Solaris, Inc.*

2