# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| SOLARIS, INC., ) | Civil Action No.: 2:20-cv-4444-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN SOUTHERN INSURANCE ) | **STIPULATION OF DISMISSAL** |
| COMPANY, NATIONWIDE MUTUAL ) | **OF DEFENDANT** |
| FIRE INSURANCE COMPANY, ) | **PENNSYLVANIA LUMBERMENS** |
| NATIONWIDE PROPERTY AND ) | **MUTUAL INSURANCE CO.** |
| CASUALTY INSURANCE COMPANY, ) | |
| EMPLOYERS MUTUAL CASUALTY ) | **(Does Not End Case)** |
| COMPANY, UNIVERSAL INSURANCE ) | |
| COMPANY, PEERLESS INDEMNITY ) | |
| INSURANCE COMPANY, PEERLESS ) | |
| INSURANCE COMPANY, BUILDERS ) | |
| MUTUAL INSURANCE COMPANY, ) | |
| NGM INSURANCE COMPANY, ) | |
| PENNSYLVANIA LUMBERMENS ) | |
| MUTUAL INSURANCE CO., OHIO ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| OHIO SECURITY INSURANCE CO., ) | |
| FEDERATED MUTUAL INSURANCE ) | |
| COMPANY, PENN NATIONAL ) | |
| SECURITY INSURANCE COMPANY, ) | |
| AMERISURE MUTUAL INSURANCE ) | |
| CO., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Solaris, Inc., hereby stipulates to the voluntary DISMISSAL of their 3rd Amended Complaint, without prejudice, against the Defendant Pennsylvania Lumbermens Mutual Insurance Co. only in the above-captioned matter with each party bearing their own costs and fees.

*{Signatures on following page}*

2

| WE SO STIPULATE: | WE SO STIPULATE: |
|---|---|
| *s/ Robert M. Kennedy, Jr.* | *s/ R. Michael Ethridge* |
| Robert M. Kennedy, Jr. Esquire | R. Michael Ethridge, Esquire (7497) |
| PHELPS DUNBAR, LLP | Mary S. Willis, Esquire (12388) |
| GlenLake Four | ETHRIDGE LAW GROUP, LLC |
| 4141 ParkLake Avenue, Suite 530 | 1110 Queensborough Blvd, Ste. 200 |
| Raleigh, NC 27612 | Mount Pleasant, SC 29464 |
| Robert.kennedy@phelps.com | methridge@ethridgelawgroup.com |
| | mwillis@ethridgelawgroup.com |
| *Attorney for Pennsylvania Lumbermens Mutual Insurance Co.* | *Attorneys for Plaintiff Solaris, Inc.* |

2