# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| SOLARIS, INC., | ) | Civil Action No.: 2:20-cv-4444-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN SOUTHERN INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, EMPLOYERS MUTUAL CASUALTY COMPANY, UNIVERSAL INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, PEERLESS INSURANCE COMPANY, BUILDERS MUTUAL INSURANCE COMPANY, NGM INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE CO., OHIO CASUALTY INSURANCE COMPANY, OHIO SECURITY INSURANCE CO., FEDERATED MUTUAL INSURANCE COMPANY, PENN NATIONAL SECURITY INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE CO., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF DISMISSAL OF DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY**<br><br>**(Does Not End Case)** |
| Defendants. | ) ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Solaris, Inc., hereby stipulates to the voluntary DISMISSAL of their 3rd Amended Complaint, without prejudice, against the Defendant Federated Mutual Insurance Company only in the above-captioned matter with each party bearing their own costs and fees.

*{Signatures on following page}*

2

| | |
|---|---|
| **WE SO STIPULATE**: | **WE SO STIPULATE**: |
| *s/ Rebecca Laffitte* | *s/ R. Michael Ethridge* |
| Rebecca Laffitte, Esquire | R. Michael Ethridge, Esquire (7497) |
| J. Michael Montgomery, Esquire | Mary S. Willis, Esquire (12388) |
| Vordman Carlisle Traywick, III, Esquire | ETHRIDGE LAW GROUP, LLC |
| Rachel M. Hutchens, Esquire | 1110 Queensborough Blvd, Ste. 200 |
| ROBINSON GRAY STEPP & LAFFITTE, LLC | Mount Pleasant, SC 29464 |
| 1310 Gadsden Street | methridge@ethridgelawgroup.com |
| P.O. Box 11449 | mwillis@ethridgelawgroup.com |
| Columbia, SC 29201 | |
| rlaffitte@robinsongray.com | *Attorneys for Plaintiff Solaris, Inc.* |
| mmontgomery@robinsongray.com | |
| ltraywick@robinsongray.com | |
| rhutchens@robinsongray.com | |
| | |
| *Attorneys for Federated Mutual Insurance Company* | |