**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| SOLARIS, INC., | ) | Civil Action No.: 2:20-cv-4444-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN SOUTHERN INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, EMPLOYERS MUTUAL CASUALTY COMPANY, UNIVERSAL INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, PEERLESS INSURANCE COMPANY, BUILDERS MUTUAL INSURANCE COMPANY, NGM INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE CO., OHIO CASUALTY INSURANCE COMPANY, OHIO SECURITY INSURANCE CO., FEDERATED MUTUAL INSURANCE COMPANY, PENN NATIONAL SECURITY INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE CO., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF DISMISSAL OF DEFENDANT MAIN STREET AMERICA PROTECTION INSURANCE COMPANY**<br><br>**(Does Not End Case)** |
| Defendants. | ) ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Solaris, Inc, hereby stipulates to the voluntary DISMISSAL of their 3rd Amended Complaint, without prejudice, against the Defendant Main Street America Protection Insurance Company only in the above-captioned matter with each party bearing their own costs and fees.

*{Signatures on following page}*

<div style="display:flex">

**WE SO STIPULATE**:

*s/ Thomas F. Dougall*
Thomas F. Dougall, Esquire
Michal Kalwajtys, Esquire
DOUGALL & COLLINS
1700 Woodcreek Farms Road
Elgin, SC 29045
tdougall@dougallfirm.com
mkalwajtys@dougallfirm.com

*Attorney for Main Street America Protection*

**WE SO STIPULATE**:

*s/ R. Michael Ethridge*
R. Michael Ethridge, Esquire (7497)
Mary S. Willis, Esquire (12388)
ETHRIDGE LAW GROUP, LLC
1110 Queensborough Blvd, Ste. 200
Mount Pleasant, SC 29464
methridge@ethridgelawgroup.com
mwillis@ethridgelawgroup.com

*Attorneys for Plaintiff Solaris, Inc.*

</div>