# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOLARIS, INC., ) | Civil Action No.: 2:20-cv-4444-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| AMERICAN SOUTHERN INSURANCE ) | **OF AMERISURE MUTUAL** |
| COMPANY, NATIONWIDE MUTUAL ) | **INSURANCE CO.** |
| FIRE INSURANCE COMPANY, ) | |
| NATIONWIDE PROPERTY AND ) | **(Does Not End Case)** |
| CASUALTY INSURANCE COMPANY, ) | |
| EMPLOYERS MUTUAL CASUALTY ) | |
| COMPANY, UNIVERSAL INSURANCE ) | |
| COMPANY, PEERLESS INDEMNITY ) | |
| INSURANCE COMPANY, PEERLESS ) | |
| INSURANCE COMPANY, BUILDERS ) | |
| MUTUAL INSURANCE COMPANY, ) | |
| NGM INSURANCE COMPANY, ) | |
| PENNSYLVANIA LUMBERMENS ) | |
| MUTUAL INSURANCE CO., OHIO ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| OHIO SECURITY INSURANCE CO., ) | |
| FEDERATED MUTUAL INSURANCE ) | |
| COMPANY, PENN NATIONAL ) | |
| SECURITY INSURANCE COMPANY, ) | |
| AMERISURE MUTUAL INSURANCE ) | |
| CO., ) | |
| ) | |
| Defendants. ) | |
| ) | |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Solaris, Inc., hereby stipulates to the voluntary DISMISSAL of its complaint, without prejudice as to the first cause of action for Declaratory Judgment and with prejudice as to the second cause of action for Bad Faith Refusal To Pay First Party Benefits, against Defendant Amerisure Insurance Company sued as Amerisure Mutual Insurance Company only in the above-captioned matter with each party bearing their own costs and fees.

| WE SO STIPULATE: | WE SO STIPULATE: |
|---|---|
| *s/ Graham P. Powell* | *s/ R. Michael Ethridge* |
| Graham P. Powell (7722) | R. Michael Ethridge (7497) |
| Stephanie G. Brown (12343) WALL, TEMPLETON & HALDRUP, P.A. | Mary S. Willis (12388) ETHRIDGE LAW GROUP, LLC |
| 145 King Street, Suite 300 | 1110 Queensborough Blvd, Ste. 200 |
| Post Office Box 1200 | Mt. Pleasant, SC 29464 |
| Charleston, SC 29402 | P: 843-614-0007 |
| P: (843) 329-9500 | E: mwillis@ethridgelawgroup.com |
| E: graham.powell@walltempleton.com | |
| *Attorneys for Defendant Amerisure Insurance Company sued as Amerisure Mutual Insurance Company* | *Attorneys for the Plaintiff Solaris, Inc.* |

2