# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOLARIS, INC., | Civil Action No.: 2:20-cv-4444-BHH |
| Plaintiff, | |
| vs. | |
| AMERICAN SOUTHERN INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, EMPLOYERS MUTUAL CASUALTY COMPANY, UNIVERSAL INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, PEERLESS INSURANCE COMPANY, BUILDERS MUTUAL INSURANCE COMPANY, NGM INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE CO., OHIO CASUALTY INSURANCE COMPANY, OHIO SECURITY INSURANCE CO., FEDERATED MUTUAL INSURANCE COMPANY, PENN NATIONAL SECURITY INSURANCE COMPANY, AMERISURE MUTUAL INSURANCE CO., | **STIPULATION OF DISMISSAL OF PEERLESS INSURANCE COMPANY**<br><br>**(Does Not End Case)** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Solaris, Inc., hereby stipulates to the voluntary DISMISSAL of its complaint, without prejudice as to the first cause of action for Declaratory Judgment and with prejudice as to the second cause of action for Bad Faith Refusal To Pay First Party Benefits, against Defendant Peerless Insurance Company only in the above-captioned matter with each party bearing their own costs and fees.

*{Signature page to follow}*

2

| | |
|---|---|
| **WE SO STIPULATE**: | **WE SO STIPULATE**: |
| *s/ Keating L. Simons* | *s/ R. Michael Ethridge* |
| Keating L. Simons, III (3846) | R. Michael Ethridge (7497) |
| SIMONS & DEAN | Mary S. Willis (12388) |
| 147 Wappoo Creek Drive, Suite 604 | ETHRIDGE LAW GROUP, LLC |
| Charleston, SC 29412 | 1110 Queensborough Blvd, Ste. 200 |
| 843-762-9132 | Mt. Pleasant, SC 29464 |
| klsimons@simonsanddean.com | 843-614-0007 |
| | methridge@ethridgelawgroup.com |
| | mwillis@ethridgelawgroup.com |
| *Attorney for Defendant Peerless Insurance Company* | *Attorneys for the Plaintiff Solaris, Inc.* |

2