IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
Civil Action No.: 2:20-CV-04444-RMG

| | |
|---|---|
| SOLARIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STIPULATION OF DISMISSAL** |
| ) | |
| AMERICAN SOUTHERN INSURANCE ) | **(Does Not End Case)** |
| COMPANY, NATIONWIDE MUTUAL ) | |
| FIRE INSURANCE COMPANY, ) | |
| NATIONWIDE PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| EMPLOYERS MUTUAL CASUALTY ) | |
| COMPANY, UNIVERSAL INSURANCE ) | |
| COMPANY, PEERLESS INDEMNITY ) | |
| INSURANCE COMPANY, PEERLESS ) | |
| INSURANCE COMPANY, BUILDERS ) | |
| MUTUAL INSURANCE COMPANY, ) | |
| MAIN STREET AMERICA ) | |
| PROTECTION INSURANCE ) | |
| COMPANY, PENNSYLVANIA ) | |
| LUMBERMENS MUTUAL ) | |
| INSURANCE CO., OHIO CASUALTY ) | |
| INSURANCE COMPANY, OHIO ) | |
| SECURITY INSURANCE CO., ) | |
| FEDERATED MUTUAL INSURANCE ) | |
| COMPANY, PENN NATIONAL ) | |
| SECURITY INSURANCE COMPANY, ) | |
| AMERISURE MUTUAL INSURANCE ) | |
| CO., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Solaris, Inc. ("Solaris") and Defendant Penn National Security Insurance Company ("Penn National") by and through the undersigned counsel, hereby stipulate that Solaris dismisses with prejudice its Third Amended Complaint alleging claims for relief against Penn National in the

above-captioned action, and that Penn National dismisses with prejudice its remaining outstanding counterclaim for relief against Solaris, with each party bearing its own fees and costs.

This the 9th day of November, 2021.

**WE SO STIPULATE:**

/s/ John I. Malone, Jr.
John I. Malone, Jr.
GOLDBERG SEGALLA LLP
S.C. State Bar No.: 101962
Federal Bar No.     12047
701 Green Valley Road, Suite 310
Greensboro, NC  27408
Telephone:     336.419.4900
Facsimile:      336.419.4950
jmalone@goldbergsegalla.com

*Attorney for Penn National Security Insurance Company*

**WE SO STIPULATE:**

/s/ Mary S. Willis
R. Michael Ethridge (7497)
Mary S. Willis (12388)
ETHRIDGE LAW GROUP, LLC
1110 Queensborough Blvd. Ste. 200
Mt. Pleasant, SC 29464
Telephone: 842-614-0007
mwillis@ethridgelawgroup.com

*Attorneys for Plaintiff Solaris, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic filing (NEF).

Respectfully submitted this the 9th day of November, 2021.

GOLDBERG SEGALLA LLP

/s/John I. Malone, Jr.
John I. Malone, Jr.
S.C. State Bar No.:  101962
Federal Bar No.     12047
701 Green Valley Road, Suite 310
Greensboro, NC  27408
Telephone:    336.419.4900
Facsimile:     336.419.4950
jmalone@goldbergsegalla.com
*Attorney for Penn National Security Insurance Company*

3