# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOLARIS, INC., ) | Civil Action No.: 2:20-cv-4444-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN SOUTHERN INSURANCE ) | |
| COMPANY, NATIONWIDE MUTUAL ) | **STIPULATION OF DISMISSAL** |
| FIRE INSURANCE COMPANY, ) | **WITHOUT PREJUDICE** |
| NATIONWIDE PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| EMPLOYERS MUTUAL CASUALTY ) | |
| COMPANY, UNIVERSAL INSURANCE ) | |
| COMPANY, PEERLESS INDEMNITY ) | |
| INSURANCE COMPANY, PEERLESS ) | |
| INSURANCE COMPANY, BUILDERS ) | |
| MUTUAL INSURANCE COMPANY, ) | |
| MAIN STREET AMERICA ) | |
| PROTECTION INSURANCE ) | |
| COMPANY, PENNSYLVANIA ) | |
| LUMBERMENS MUTUAL INSURANCE ) | |
| CO., OHIO CASUALTY INSURANCE ) | |
| COMPANY, OHIO SECURITY ) | |
| INSURANCE CO., FEDERATED ) | |
| MUTUAL INSURANCE COMPANY, ) | |
| PENN NATIONAL SECURITY ) | |
| INSURANCE COMPANY, AMERISURE ) | |
| MUTUAL INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLEASE TAKE NOTICE that Plaintiff Solaris, Inc. and Defendants Nationwide Mutual Fire Insurance Company and Nationwide Property and Casualty Insurance Company (collectively, "Nationwide Defendants") have agreed and do hereby stipulate to a voluntary dismissal of this action, including all claims against Nationwide Defendants, ***without prejudice***, with each party to bear their own respective costs and fees.

| ETHRIDGE LAW GROUP, LLC | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| *s/ Mary Willis* <br> R. Michael Ethridge <br> Federal Bar No. 7497 <br> Mary S. Willis <br> Federal Bar No. 12388 <br> 1100 Queensborough Blvd., Suite 200 <br> Mount Pleasant, SC 29464 <br> 843-614-0007 <br> methridge@ethridgelawgroup.com <br> mwillis@ethridgelawgroup.com <br><br> *Attorneys for Plaintiff* <br><br> January 26, 2022 | *s/ Harriet Condon Ward* <br> Harriet Condon Ward (Fed Bar No: 13350) <br> Harriet.Ward@wbd-us.com <br> Gemma L. Saluta (*pro hac vice*) <br> Gemma.Saluta@wbd-us.com <br> 5 Exchange Street (29401) <br> P.O. Box 999 <br> Charleston, SC  29402 <br><br> *Attorneys for Defendants Nationwide Mutual Fire Insurance Company and Nationwide Property & Casualty Insurance Company* |