AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Solaris Inc. <br> *Plaintiff* <br> v. <br> Builders Mutual insurance Company, Ohio Casualty Insurance Company, NGM Insurance Company, <br> *Defendant* | ) ) ) ) ) )   Civil Action No.   2:20-cv-04444-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Solaris Inc., shall take nothing of Defendants, Builders Mutual insurance Company, Ohio Casualty Insurance Company, NGM Insurance Company, as to the complaint filed pursuant to 28 U.S.C. § 1332 and this action is dismissed without prejudice.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:   September 29, 2022                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/H.Cornwell
                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*